IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Steele, Jerome W | Case Number: 07 B 12552 |
|---|---|---|
| | Scruggs-Steele, Vera D | Judge: Goldgar, A. Benjamin |
| | Printed: 9/9/08 | Filed: 7/13/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 29, 2008
Confirmed: December 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,400.00 | |
| Secured: | | 942.40 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,274.00 |
| Trustee Fee: | | 183.60 |
| Other Funds: | | 0.00 |
| Totals: | 3,400.00 | 3,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,274.00 | 2,274.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 11,819.32 | 942.40 |
| 4. | B-Real LLC | Unsecured | 479.47 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 454.58 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 259.31 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 1,240.45 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 2,690.44 | 0.00 |
| 9. | Nicor Gas | Unsecured | 1,510.85 | 0.00 |
| 10. | Creditors Collection Bur | Unsecured | 1,491.54 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Unsecured | 7,784.86 | 0.00 |
| 12. | Credit Acceptance Corp | Unsecured | 9,404.69 | 0.00 |
| 13. | Child Support Enforcement | Priority | | No Claim Filed |
| 14. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | Allied Interstate | Unsecured | | No Claim Filed |
| 18. | B-Real LLC | Unsecured | | No Claim Filed |
| 19. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 20. | Check Protection System | Unsecured | | No Claim Filed |
| 21. | Credit Protection Association | Unsecured | | No Claim Filed |
| 22. | Credit Management Co. | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Debt Credit Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Steele, Jerome W  
Scruggs-Steele, Vera D  
Printed: 9/9/08

Case Number: 07 B 12552  
Judge: Goldgar, A. Benjamin  
Filed: 7/13/07

| | | | | |
|---|---|---|---|---|
| 26. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 27. | Creditors Collection Service | Unsecured | | No Claim Filed |
| 28. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | RMI/MCSI | Unsecured | | No Claim Filed |
| 31. | Park Dansan | Unsecured | | No Claim Filed |
| 32. | RMI/MCSI | Unsecured | | No Claim Filed |
| 33. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 39,409.51 | $ 3,216.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 183.60 |
| | $ 183.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

